# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TANESIA DEAN, | ) | CASE NO 1:21-CV-00145 |
| Plaintiff, | ) ) ) | JUDGE JAMES S. GWIN |
| vs. | ) ) | JUDGMENT |
| CHAMBERLAIN UNIVERSITY, LLC | ) ) | |
| Defendant. | ) | |

The Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: August 16, 2021

*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE